## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **SPECIAL DEVICES, INCORPORATED,** | ) | **Case No. 08-13312 (MFW)** |
| a Delaware corporation,[1] | ) | |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

### NOTICE OF DEPOSITION OF MARK J. CHANDLER

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure and Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, the above-

captioned debtors and debtors in possession will take the oral deposition of Mark J. Chandler in

the offices of Protiviti Inc., located at 1 East Pratt Street, Suite 800, Baltimore, Maryland 21202,

on June 8, 2009 beginning at 9:00 a.m. (Eastern Daylight Time). The deposition will be

videotaped, taken by a notary public, court reporter, or other official authorized by law to

administer oaths, and recorded by stenographic means. The deposition will continue from day to

day until complete.

---

[1] The Debtor in this case, along with the last four digits of the federal tax identification number for the Debtor, is Special Devices, Incorporated (8754). The Debtor's corporate offices are located at 14370 White Sage Road, Moorpark, CA 93021.

Dated: June 4, 2009
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

_____

Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Steven J. Fineman (No. 4025)
Jason M. Madron (No. 4431)
Lee E. Kaufman (No. 4877)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

*Attorneys for Special Devices, Incorporated*

2

RLF1-3402652-1